**FILED**

Apr 15, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-MJ-00054 BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER UNSEALING COMPLAINT |
| PATRICK ANTHONY FEASTER, AND MARCUS NEWTON, | |
| Defendants. | |

The United States having applied to this Court for a complaint and arrest warrants in the above-captioned proceedings and having applied for the complaint and warrants to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrants now having been executed and the need for sealing has ceased;

IT IS ORDERED that the complaint and arrest warrants filed in the above-entitled matter shall be unsealed.

Dated: April 14, 2022

_____
HON. ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

Order Unsealing Complaint and Arrest Warrant

1